**Motion Granted; Dismissed and Memorandum Opinion filed July 11, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00427-CR

### THE STATE OF TEXAS, Appellant

### V.

### DALE GILBERT MOORE, Appellee

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12CR0993**

## M E M O R A N D U M   O P I N I O N

The State filed a notice of appeal from the trial court's order signed April 26, 2013, granting appellee's motion to suppress evidence. On June 27, 2013, the State filed a motion to dismiss its appeal. *See* Tex. R. App. P. 42.2(a).

We grant the State's motion and order the appeal dismissed. The court's mandate shall issue immediately.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Donovan.